UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE DONLON,

    Plaintiff,

v.

Case No. 18-cv-13384
Hon. Matthew F. Leitman

HENRY FORD HEALTH SYSTEM,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 13)

On March 28, 2020, the Court held a hearing on Defendant Henry Ford Health System's motion for summary judgment. (*See* Mot., ECF No. 13.) For the reasons explained on the record during the motion hearing, **IT IS HEREBY ORDERED** as follows:

- Defendant's motion is **GRANTED** with respect to Plaintiff's age discrimination claim (Count IV of Plaintiff's Complaint) **only**. Defendant's motion is **DENIED** with respect to Plaintiff's discrimination and retaliation claims under the Americans with Disabilities Act and Plaintiff's retaliation claim under the Family Medical Leave Act. Those are the only remaining claims for trial.

- Plaintiff's request in her response to Defendant's summary judgment motion that the Court grant summary judgment in her favor on her discrimination claim under the Americans with Disabilities Act is **DENIED**.

- The Court will now refer this matter for a settlement conference with the assigned Magistrate Judge.

- All remaining dates in the Court's scheduling order are **ADJOURNED**.

**IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: April 28, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2020, by electronic means and/or ordinary mail.

                                         s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764